UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS ALEXANDER VASQUEZ et al.<br><br>Plaintiff,<br><br>v.<br><br>GRUNLEY CONSTRUCTION CO., INC. et al.<br><br>Defendants. | Case No. 15-cv-2106 (GMH) |

## ORDER

Upon consideration of the parties' joint motion for approval of the settlement agreement in this case between Defendants and Plaintiff Vasquez [Dkt. 58],[1] the Court makes the following findings:

1. The parties have provided the Court with sufficient information to conclude that the offer of settlement is fair and reasonable and is an equitable compromise of disputed facts and claims;

2. The settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act according to the factors that have been cited in such actions; and

3. The Court finds that the settlement was the product of arms' length negotiations between counsel for the parties, who are experienced in the field of FLSA litigation.

Accordingly, it is hereby

---

[1] The parties represent in their motion and settlement agreement that all other plaintiffs joined in this action have separately settled their claims with Defendants and ask that their claims in this matter be dismissed with prejudice along with those of Plaintiff Vasquez.

**ORDERED** that the motion [Dkt. 58] is **GRANTED**; it is further

**ORDERED** that the settlement between Plaintiff Vasquez and Defendants is approved; it is further

**ORDERED** that this matter is **DISMISSED** with prejudice as to all claims by all Plaintiffs against any Defendant, each party to bear its own costs and attorney's fees except as noted in the settlement agreement; and it is further

**ORDERED** that this matter is **DISMISSED** without prejudice as to any Defendant's cross-claim against any other Defendant.

**SO ORDERED.**

Date: September 26, 2016

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE